# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00745-CV

**Almar Saenz, Appellant**

**v.**

**Arlette Pena, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-FM-13-004333, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Almar Saenz, acting pro se, has filed a motion to abate this appeal, permitting the parties to continue negotiation of a final settlement agreement.

We grant the motion and abate the appeal until April 27, 2015. *See* Tex. R. App. P. 42.1(a)(2)(C). If the settlement has been finalized by that date, the parties are instructed to file a motion to reinstate and dismiss the appeal in accordance with their settlement agreement. If the parties have not finalized their settlement by that date, they are instructed to file a report informing this Court about the status of the appeal and requesting any necessary extension of the abatement.

Before Chief Justice Rose, Justices Goodwin and Field

Abated

Filed:   March 11, 2015